IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:23-cv-00571 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| AJ's BAR, LLC d/b/a AJ'S BAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R&R") of the Magistrate Judge (Doc. No. 14), recommending that the Court dismiss this action with prejudice under Rules 16(f) and 41(b) of the Federal Rules of Civil Procedure and the Court's inherent authority to manage its own dockets. On November 9, 2023, Plaintiff filed a notice to the Court (Doc. No. 15) informing it that Plaintiff does not object to the Magistrate Judge's recommendation that the case be dismissed with prejudice because all claims related to this lawsuit have been settled. And Defendants have filed nothing in response to the R&R. Accordingly, the Court treats the R&R as unopposed.

The district court is not required to review, under a de novo or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the R&R and the file. The R&R is adopted and approved. Plaintiff's claims are hereby DISMISSED with prejudice, and the Clerk is directed to enter judgment under Rule 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE